**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT AMADO, | ) NO. CV 08-02082 ODW (SS) |
|                 Petitioner, | ) |
|       v. | ) **JUDGMENT** |
| KATHLEEN DICKINSON, Warden, | ) |
|                 Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 24, 2011

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE